**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **CRAIG CUNNINGHAM,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **BIG THINK CAPITAL, INC., and** § <br> **DAN ISRAEL,** § <br> § <br> Defendants. § | Case No. 4:20-cv-724-ALM-KPJ |

## ORDER

Pending before the Court is Plaintiff Craig Cunningham's ("Plaintiff") Motion for Default Judgment Against Dan Israel and Big Think Capital, Inc. (the "Motion") (Dkt. 14). The Court hereby **ORDERS** that Plaintiff shall serve Defendants Big Think Capital, Inc., and Dan Israel, by certified mail, with the Motion (Dkt. 14) by **January 12, 2021**. Additionally, the Court hereby **ORDERS** that Plaintiff shall promptly file a notice of such service and the return receipt with the Court.

**So ORDERED and SIGNED this 30th day of December, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE