FILED
DEC 3 0 2020
Clerk, U.S. District Court
Eastern District of Texas

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, v. Big Think Capital, Inc., et al Defendant | § § § § § § § § § § § | 4:20-cv-000724-ALM-KPJ |
|---|---|---|

**Plaintiff's Notice of Service regarding his Motion for Default Judgment against Big Think Capital, Inc**

1. The Plaintiff has served the defendants in this case with a process server via personal service with the motion for a default judmgent and a return of service is attached.

*Craig Cunningham*
Plaintiff,                    12/30/2020

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

615-348-1977

# RETURN OF SERVICE

Notice: This document contains sensitive data

| | | |
|---|---|---|
| Court | **Federal Court**<br>**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TEXAS**<br>**Grayson County, Texas** | Court Stamp Here |
| Plaintiff | **CRAIG CUNNINGHAM** | Cause #<br>**4:18-CV-00043-ALM-CAN** |
| Defendant(s) | **CROSBY BILLING SERVICES, CORP., ET AL.** | Came to Hand Date/Time<br>**12/23/2020    11:11 PM** |
| Manner of Service | **Personal** | Service Date/Time<br>**12/30/2020    11:05 AM** |
| Documents | **REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE; PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DAN ISRAEL AND BIG THINK CAPITAL, INC; PLAINTIFF'S CERTIFICATE OF SERVICE; PLAINTIFF'S AFFIDAVIT IN SUPPORT** | Service Fee:<br>**$75.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **12/30/2020** at **11:05 AM**: I served **REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE, PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DAN ISRAEL AND BIG THINK CAPITAL, INC, PLAINTIFF'S CERTIFICATE OF SERVICE and PLAINTIFF'S AFFIDAVIT IN SUPPORT** upon **BIG THINK CAPITAL, INC. c/o NY SECRETARY OF STATE, REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **BIG THINK CAPITAL, INC. c/o NY SECRETARY OF STATE, REGISTERED AGENT, Who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject showing identification, a brown-haired white female approx. 35-45 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses** at ONE COMMERCE PLAZA, 99 WASHINGTON AVE 6TH FLOOR, ALBANY, NY 12231.

null
My address is: **613 Saratoga St, Cohoes, NY 12047**, USA.
null

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in Albany county, TX.

_____
Theresa Donohue

_____12/30/2020_____
Date Executed

Ref REF-7132366

0062451101
txefile@abclegal.com

abclegal    Craig cunningham <BIGCRAIG79@GMAIL.COM>

Tracking # 0062727264


# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, <br><br> v. <br><br> Big Think Capital, Inc. et al <br><br> Defendant | § § § § § 4:20-cv-000724-ALM-KPJ § § § § § |
|---|---|

## Plaintiff's Certificate of Service

I hereby certify a true copy of the foregoing was mailed to the defendants in this case via USPS First class mail and process server

*Craig Cunningham*
Plaintiff,                12/30/2020

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

615-348-1977