

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS | | APR **1 9** 2021 Clerk, U.S. District Court Texas Eastern |
|---|---|---|
| CRAIG CUNNINGHAM, Plaintiff, <br><br> v. <br><br> Big Think Capital, Inc., et al <br><br> Defendant | § § § § § § § § § § § | 4:20-cv-000724-ALM-KPJ |

**Plaintiff's Notice of Non-suit without prejudice against all defendants**

1. The Plaintiff hereby non-suits this case against all defendants without prejudice per FRCP 41(a)

*Craig Cunningham*
Plaintiff,          4/19/2021, 615-348-1977

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, v. Big Think Capital, Inc. et al Defendant | § § § § § § § § § § § § | 4:20-cv-000724-ALM-KPJ |
|---|---|---|

**Plaintiff's Certificate of Service**

I hereby certify a true copy of the foregoing was mailed to the defendants in this case via USPS First class mail and process server

Craig Cunningham
Plaintiff,                4/19/2021

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

615-348-1977